

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.                                           CRIMINAL CASE NO. 4:22-CR-89

MARCO DEWAYNE HEMPHILL            18 U.S.C. § 922(g)(1)
                                                                18 U.S.C. § 924(a)(2)
                                                                21 U.S.C. § 841(a)
                                                                21 U.S.C. § 841(b)(1)(C)
                                                                18 U.S.C. § 924(c)(1)(A)(i)

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about August 14, 2021, in the Northern District of Mississippi, MARCO DEWAYNE HEMPHILL, defendant, knowing that he had previously been convicted in a court of a felony, that is, a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, namely, a Springfield Armory, model XD-45 ACP, .45 caliber semi-automatic handgun, in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT TWO

On or about August 14, 2021, in the Northern District of Mississippi, MARCO DEWAYNE HEMPHILL, defendant, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a) and (b)(1)(C).

### COUNT THREE

On or about August 14, 2021, in the Northern District of Mississippi, MARCO DEWAYNE HEMPHILL, defendant, did knowingly carry a firearm during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is,

possession with intent to distribute a Schedule II controlled substance, as set forth more fully in Count Two above, that firearm being a Springfield Armory, model XD-45ACP, .45 caliber semi-automatic handgun, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

A TRUE BILL:

_____
CLAY JOYNER
UNITED STATES ATTORNEY

_/s/ Redacted signature_
FOREPERSON